IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUAN TRAN,<br><br>Debtor. | Case No. 2:24-mc-00116-TLN-JDP<br><br>**[PROPOSED] ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:12-CR-00409-TLN |
| THE COMMERCE CASINO AND HOTEL,<br><br>Garnishee. | |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on March 20, 2024, is hereby TERMINATED; and

///

///

///

ORDER TERMINATING WRIT OF GARNISHMENT      1

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: __July 18, 2024__

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE